FILED

UNITED STATES COURT OF APPEALS

DEC 09 2015

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SOLID LANDINGS BEHAVIORAL HEALTH, INC.; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> CITY OF COSTA MESA, a California municipal corporation, <br><br> Defendant - Appellee. | No. 15-55779 <br><br> D.C. No. 8:14-cv-01838-JVS-JCG <br> Central District of California, <br> Santa Ana <br><br> ORDER |

Before: LEAVY and M. SMITH, Circuit Judges.

Appellants' urgent motion for injunctive relief pending appeal is granted. Enforcement of Costa Mesa Ordinance 14-13 is enjoined pending further court order.

The briefing schedule established previously remains in effect.

AS/MOATT